ENTERED ON DOCKET

NOV 0 2 2004

FILED
U.S. Bankruptcy Court

NOV 0 2 2004

Deputy Clerk
Macon, Georgia

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>    Loren Wesley Vankirk<br><br>Debtor<br><br>vs.<br>    Certified Electrical Distributors, Inc.<br><br>Respondent | ) Case Number: 04-30473<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AVOID LIEN
## DEFAULT JUDGMENT

The Motion of the Debtor(s) seeking cancellation and avoidance of the judicial lien held by the Respondent having been served on the Respondent, and no objection having been filed with the Court:

IT IS HEREBY ORDERED, that the Motion to Avoid Lien of the Debtor is hereby conditionally **GRANTED**, and it is further

ORDERED, ADJUDGED AND DECREED that upon the discharge of the Debtor in the above-styled case, the judicial lien in favor the Respondent be and the same hereby is - **CANCELLED**.

So ORDERED, this 2nd day of November, 2004.

Robert F. Hershner, Judge
United States Bankruptcy Court