ENTERED ON DOCKET

NOV 0 2 2004

FILED
U.S. Bankruptcy Cou

NOV 0 2 2004

Deputy Clerk
Macon, Georgia

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>    Loren Wesley Vankirk<br><br>Debtor<br><br>vs.<br><br>    Worldwide Asset Management, LLC<br>    assignee of Chase Manhattan<br><br>Respondent | ) Case Number: 04-30473<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AVOID LIEN
## DEFAULT JUDGMENT

The Motion of the Debtor(s) seeking cancellation and avoidance of the judicial lien held by the Respondent having been served on the Respondent, and no objection having been filed with the Court:

IT IS HEREBY ORDERED, that the Motion to Avoid Lien of the Debtor is hereby conditionally **GRANTED**, and it is further

ORDERED, ADJUDGED AND DECREED that upon the discharge of the Debtor in the above-styled case, the judicial lien in favor the Respondent be and the same hereby is - **CANCELLED**.

So ORDERED, this 2nd day of November, 2004.

Robert F. Hershner, Judge
United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113G-3          User: carolynj          Page 1 of 1              Date Rcvd: Nov 02, 2004
Case: 04-30473                Form ID: #01            Total Served: 4
```

The following entities were served by first class mail on Nov 04, 2004.
```
db      +Vankirk, Loren Wesley,   911 Duluth Highway,   D-3237,    Lawrenceville, GA 30043-7303
aty     +Loeb, Jay E.,   Olim & Loeb,   6100 Lake Forrest Drive, NW,   Suite 480,   Atlanta, GA 30328-3899
tr      +Harris, Ernest V.,   P.O. Box 1586,   Athens, GA 30603-1586
cr      +Worldwide Asset Management, LLC,   c/o Roy D. Reagin, Jr., Esq.,   2160 Kingston Court, Suite O,
           Marietta, GA 30067-8951
```

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2004**                    Signature:    *Joseph Speetjens*